Page 1 of 2

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-　　　　　　　　　　　　　　　　　　　Case Number: 6:97-CR-4-ORL-18GJK

**TREVOR F. FLUKER**

　　　　　　　　　　　　　　　　　　　　　USM Number: 20935-018

　　　　　　　　　　　　　　　　　　　　　Stephen Langs, FPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge numbers Two, Four, Five and Six of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Two | Positive urinalysis for Cocaine and Marijuana | November 5, 2007 |
| Four | Positive urinalysis for Cocaine | November 13, 2007 |
| Five | Positive urinalysis for Cocaine | November 27, 2007 |
| Six | Failure to participate in Drug Aftercare Treatment | November 30, 2007 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation charge numbers One and Three are dismissed on the motion of the United States.**

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

4/23/2008

_____
PATRICIA C. FAWSETT
CHIEF UNITED STATES DISTRICT JUDGE

April 23, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months**. (Defendant shall be given credit on this sentence for 37 days of incarceration, which he served from January 23, 2008 to February 29, 2008 in case number 5:08-CR-12-OC-10GRJ, plus the time he has been in prison for this revocation proceeding.)

The Court recommends to the Bureau of Prisons:

**Court recommends that the Defendant be afforded drug treatment.**

The defendant is remanded to the custody of the United States Marshal.

Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

Trevor F. Fluker

DOCKET NO: 6:97-cr-4-ORL-18GJK

**Superseding Petition**  This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No.68) filed January 11, 2008), Report and Recommendation of the United States Magistrate Judge (Doc. No. 81), filed March 11, 2008) and Order to Show Cause at Final Revocation Hearing (Doc. No. 83), filed March 25, 2008) at a hearing held March 11, 2008, attended by the Defendant, counsel for the Defendant, and counsel for the Government.

**The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved or rejected.**

**Adjudication**  The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: Yes   or   No

| | | | |
|---|---|---|---|
| ☑ | ☐ | 2) | Positive urinalysis for Cocaine on November 5, 2007 in violation of the Standard Conditions of Supervision which prohibits the defendant from any unlawful use of a controlled substance (Grade C Violation) |
| ☑ | ☐ | 4) | Positive urinalysis for Cocaine on November 13, 2007 in violation of the Standard Conditions of Supervision which prohibits the defendant from any unlawful use of a controlled substance (Grade C Violation) |
| ☑ | ☐ | 5) | Positive urinalysis for Cocaine on November 27, 2007 in violation of the Standard Conditions of Supervision which prohibits the defendant from any unlawful use of a controlled substance (Grade C Violation) ) |
| ☑ | ☐ | 6) | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition (Grade C Violation) |

1

| | |
|---|---|
| **Application of Guidelines & Statutory Provisions** | The Court determines that the applicable guidelines are: *advisory* |
| | __C__ is the Highest Grade violation, and |
| | __VI__ is the original Criminal History Category, which calls for |
| | _8_ to _14_ months imprisonment, and |
| | __5__ (years) is the Maximum Statutory penalty, and |
| | __5__ (years) is the Maximum Statutory term of Supervised Release |
| **Objections** | Are there any objections to the court's findings? |
| | Is there any reason why I should not proceed to sentencing? |

### SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release, and the parties have made statements on their behalf or ~~have waived the opportunity to do so.~~

| | |
|---|---|
| **Adoption of Report and Recommendation** | The Report and Recommendation of the United States Magistrate Judge (Doc. No.81) is **ADOPTED AND APPROVED**, there being no objection filed. |

2

**Superseding Petition Granted**

The ~~Petition~~ *Superseding* on Probation and Supervised Release (Doc. No. 68) is **GRANTED** and the Superseding Petition on Probation and Supervised Release (Doc. No. ~~68~~ 79), filed ~~January 11, 2008~~ 3-7-08) is **GRANTED**, and the defendant's supervised release (Doc. No. 38), filed June 18, 1997) is: *Revoked*.

**Revoked**

The Court therefore **ORDERS** that the ~~defendant's is revoked and that the~~ defendant ~~is committed~~ *be* ~~to the custody~~ of the Bureau of Prisons to be imprisoned for a term of ⓞ 18 ~~YEARS/MONTHS~~ *months*. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines. *Defendant shall be given credit for this period of 37 days of incarceration while detained from January 23 - February 29, 2008 in case No. 5:08cr12 plus the time he has been in MCC in this revocation proceeding.*

**Remand To Custody**

~~The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.~~ *at large*

**Voluntary Surrender**

~~The defendant may voluntary surrender, at the defendants own expense, at the institution designated by the Bureau of Prisons on or before Friday, _____. If no designation is made by the Bureau of Prisons by _____, the defendant shall surrender to the Office of the United States Marshal on _____ to be taken into custody. While awaiting designation the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision in addition to the following condition:~~

3

    The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

**Recommendation to Bureau of Prisons**
    While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities: *Drug Treatment*

**No New term of Supervised Release**
    Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.

4

**New term of Supervised Release**

OR

Upon release from imprisonment, the defendant shall serve a _____ YEARS/MONTHS term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:

**Reinstated to Supervised Release**

OR

The defendant is hereby reinstated to supervision. All previous special conditions remain intact.

The defendant is hereby reinstated to supervision. The original term of supervision shall be extended for a period of _____. All previously ordered special conditions remain intact.

The defendant is hereby reinstated to supervision. The terms of supervision are modified to include the following special conditions:

5

## SPECIAL CONDITIONS

**Home Detention**

The defendant shall participate in the Home Detention program for a period of _____ days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare**

The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health**

The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**Legal Requirements**

The defendant shall register with the state sexual offender registration agency(s) in any state where he resides, visits, is employed, carries on a vocation, or is a student, as directed by his probation officer.

The probation officer will provide state officials with all information required

under Florida sexual predator and sexual offender notification and registration statutes (F.S. 943.0435) and may direct the defendant to report to these agencies personally for required additional processing, such as photographing, fingerprinting, and DNA collection.

| | |
|---|---|
| **RRC/CCC Confinement** | The defendant shall reside in a Residential Re-entry Center for a period of _____ days\months and shall observe the rules of that facility. The defendant shall be placed in the Community Confinement/Prerelease component of the program and shall obtain a physical examination at his own expense before entering the program. |
| **RRC/CSC Confinement** | The defendant shall reside in a Residential Re-entry Sanctions Center for a period of _____ days\months and shall observe the rules of that facility. While at the center, the defendant will abide by all rules and regulations of the center and will contribute towards the cost of room and board, as directed by the center staff. |
| **Community Service** | The defendant shall perform _____ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive. |
| **DNA Collection Policy** | The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer. |
| **Waiver of Mandatory Drug Testing** | The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year. |
| **Mandatory Drug Testing** | The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year. |
| **Factors Enumerated in** | In imposing this sentence, the Court has considered the factors set forth in 18 |

7

| | |
|---|---|
| **18 U.S.C. § 3553/Advisory Guidelines** | U.S.C. § 3553(a) and the advisory guidelines and policy statement issued by the U.S. Sentencing Commission in imposing sentence. |
| **Final Objections** | The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record? |
| **Appeal of Sentence** | The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee. |
| **Instructions to Clerk** | The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release. |